UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TOM ALEXANDER WILLIAM HAYES, and ROGER DARIN,<br><br>*Defendants.* | Case No. 12 MJ 3229<br><br>**NOTICE OF MOTION OF DEFENDANT ROGER DARIN TO DISMISS COMPLAINT**<br><br>ORIGINAL<br><br>DOC # 6 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated October 2, 2014, Defendant Roger Darin, by counsel, hereby moves this Court at the United States Courthouse, 500 Pearl Street, New York, New York, in Room 520 before a Magistrate Judge to be Assigned, as soon as counsel may be heard, for an Order to dismiss the criminal complaint in the above-captioned action.

Dated: New York, New York
October 2, 2014

COVINGTON & BURLING LLP

By: _____
Bruce A. Baird

James M. Garland*
Alexander A. Berengaut*
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291
bbaird@cov.com
jgarland@cov.com
aberengaut@cov.com
* *Pro hac vice application pending*

*Attorneys for Defendant Roger Darin*

To:

Daniel Adam Braun
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
(212) 637-2215

Elizabeth B. Prewitt
United States Department of Justice
26 Federal Plaza, Room 3630
New York, NY 10038
(212) 264-9319

William John Stellmach
United States Attorney Office, SDNY
One Saint Andrew Plaza
New York, NY 10007
(212) 637-2527