UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TOM ALEXANDER WILLIAM HAYES, and ROGER DARIN,<br><br>*Defendants.* | ORIGINAL<br><br>Case No. 12 MJ 3229<br><br>DECLARATION OF BRUCE A. BAIRD |

BRUCE A. BAIRD, pursuant to 28 U.S.C. § 1746, declares as follows under penalties of perjury:

1. I am an attorney duly admitted to practice before this Court, and a Partner with the firm Covington & Burling LLP, counsel for Defendant Roger Darin.

2. I submit this declaration in order to place before the Court a document necessary to its determination of the motion.

3. I attach as Exhibit A a true and correct copy of the criminal complaint, dated December 12, 2012.

Dated: October 2, 2014
       Washington, D.C.

_____
Bruce A. Baird, Esq.

DOC # 8

U.S. DISTRICT COURT FILED OCT 0 2 2014 S.D. OF N.Y.

Exhibit A