# MEMO ENDORSED



**U.S. Department of Justice**

Criminal Division

---

Thomas Hall
Trial Attorney, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20530

Tel: (202) 616-1682
Fax: (202) 514-0152
Thomas.Hall@usdoj.gov

October 30, 2014

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Roger Darin*, Case No. 12-MJ-3229

**DOC # 17**

Dear Judge Francis:

The United States respectfully requests a short extension to the briefing schedule in the above-captioned case. The United States proposes the following revised briefing schedule:

Government's Opposition Brief:   November 7, 2014 (originally October 31, 2014)
Defendant's Reply Brief:   December 3, 2014 (originally November 21, 2014)

Counsel for the United States has consulted with Mr. Darin's counsel, and they do not oppose this request.

Sincerely,

Thomas B.W. Hall
Trial Attorney
Fraud Section
Criminal Division
United States Department of Justice

SO ORDERED:

*James C. Francis IV*
The Honorable James C. Francis
United States Magistrate Judge
10/31/14

CC: Counsel of Record (via email)