~~COURTESY C~~  **MEMO ENDORSED**

# COVINGTON & BURLING LLP

BEIJING  BRUSSELS  LONDON  NEW YORK
SAN DIEGO  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

BRUCE A. BAIRD
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.5122
bbaird@cov.com

November 26, 2014

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

[U.S. DISTRICT COURT FILED DEC 0 1 2014 S.D. OF N.Y.]

Re:   *United States v. Roger Darin*, Case No. 12-MJ-3229       **DOC # 21**

Dear Judge Francis:

Pursuant to Rule 2(c) of the Court's Individual Practice Rules, undersigned counsel for defendant Roger Darin respectfully seeks permission to file a reply brief of approximately 17 pages in support of defendant's Motion to Dismiss the Criminal Complaint. Defendant's reply brief is due on December 3, 2014. We seek leave to file these additional pages to respond to the arguments raised by the Government in its 39-page opposition brief.

We have advised the Government of our intention to make this request, and the Government has stated that it does not object.

Respectfully submitted,

Bruce A. Baird

cc:   Counsel of Record (by email)

12/1/14
Application granted.
SO ORDERED.
James C. Francis IV
USMJ