UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TOM ALEXANDER WILLIAM HAYES, and
ROGER DARIN,

*Defendants*.

Case No. 12-MJ-3229
Hon. Paul A. Crotty

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 12 2015

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Roger Darin, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Partially Adopting Memorandum & Order, dismissing Defendant Roger Darin's Motion to Dismiss the Criminal Complaint (Docket 36), entered in this action on August 3, 2015.

Dated: August 12, 2015

Respectfully submitted,

**COVINGTON & BURLING LLP**

By: _____

Bruce A. Baird
James M. Garland*
Alexander A. Berengaut*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
jgarland@cov.com
aberengaut@cov.com
*Admitted *pro hac vice*

*Attorneys for Defendant Roger Darin*

TO:    Thomas B.W. Hall
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20530
(202) 616-1682

Daniel Adam Braun
United States Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
(212) 637-2215

Elizabeth B. Prewitt
United States Department of Justice
26 Federal Plaza, Room 3630
New York, NY 10038
(212) 264-9319

William John Stellmach
United States Attorney's Office, SDNY
One Saint Andrew Plaza
New York, NY 10007
(212) 637-2527

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>TOM ALEXANDER, WILLIAM HAYES, and ROGER DARIN,<br><br>*Defendants.* | Case No. 12 MJ 3229 |

## CERTIFICATE OF SERVICE

I, Benjamin R. Salk, hereby certify that on the 12th day of August, 2015, I caused a true and correct copy of the NOTICE OF APPEAL to be served via overnight Federal Express delivery upon the attorneys of record at the following addresses:

Thomas B.W. Hall
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20530
(202) 616-1682

Daniel Adam Braun
United States Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
(212) 637-2215

Elizabeth B. Prewitt
United States Department of Justice
26 Federal Plaza, Room 3630
New York, NY 10038
(212) 264-9319

William John Stellmach
United States Attorney's Office, SDNY
One Saint Andrew Plaza
New York, NY 10007
(212) 637-2527

/s/ Benjamin R. Salk
Benjamin R. Salk
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
Fax: 212-841-1010
bsalk@cov.com

2